

August 18, 2021

**Subpoena Request
Under the Digital Millennium Copyright Act (DMCA)
17 U.S.C. §512(h)**

Susan Y. Soong
Clerk of the Court
United States District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3489

**RE:   Request to Issue Subpoena under the DMCA for Identification of Copyright Infringer**

Dear Ms. Soong:

I, Virginia Sanderson, under penalty of perjury, submit that I am authorized to act on behalf of the owner of such copyrights, in matters involving the online infringement of materials as stated herein.

I hereby request that you issue a subpoena under 17 U.S.C. §512(h), ordering Amazon Web Services, Inc. ("AWS") as a service provider, to disclose the identity of a copyright infringer maintaining materials on AWS's servers that infringe on the copyrights of Automated Pet Care Products, LLC.

The following are attached, as required by 17 U.S.C. §512(h):

1) the initial DMCA notifications to AWS;

2) the proposed subpoena; and

3) a sworn declaration as to the purpose of the subpoenas.

If you have any questions about this notice, you may reach me at 415-955-1155, ext. 113, or at ginny@KRInternetLaw.com. For your reference regarding procedures under 17 U.S.C. §512(h), please see *Artix Entertainment, LLC v. Does 1–10*, Case No. MC 09-119 (S.D. Tex. March 16, 2009).

Sincerely,

KRONENBERGER ROSENFELD, LLP

s/ Virginia Sanderson

Virginia Sanderson, Partner

*Enclosures*

www.krinternetlaw.com

150 Post Street, Suite 520 San Francisco, CA 94108 | Phone: 415-955-1155 | Fax: 415-955-1158