
From: <ec2-abuse@amazon.com>
Date: Wed, Aug 11, 2021 at 1:43 AM
Subject: Your AWS Abuse Report [50237607957]
To: <skaszyca@whisker.com>



Hello,

Thank you for submitting your abuse report. We have begun our investigation into the source of the activity or content you reported.

We've determined that an Amazon EC2 instance was running at the IP address you provided in your abuse report. We have reached out to our customer to determine the nature and cause of this activity or content in your report.

We will investigate your complaint to determine what additional actions, if any, need to be taken in this case. We may notify you during our investigation if our customer requires more information from you to complete their troubleshooting of the issue. Our customer may reply stating that the activity or content is expected and instructions on how to prevent the activity or manually remove the content, as well. If you wish to provide additional information to us or our customer regarding this case, please reply to this email.

Please note that if we determine the activity or content to not be abusive, we will notify you and resolve the case; we may refrain from communicating further, in that case.

We will notify you once this case has been marked resolved. Thank you for alerting us to this issue.

Regards,
AWS Trust & Safety
Amazon Web Services, LLC

Case number: 50237607957

Your original report:

* Log Extract:
<<<
Name: Shane Kaszyca
Address: 1080 W. Entrance Drive, Auburn Hills, MI, 48326
Phone Number: 248-402-3444
EMail: skaszyca@whisker.com
Company: Automated Pet Care Products / Whisker

*Description of copyrighted work:*
The site dicksongoods.com claims to be a seller of the Litter Robot 3 automated cat litter box. We are the makers of the litterbox, and this "company" has stolen our content - including images, copy, logos, and marks and put together an eCommerce site that claims to be selling our product for 1/5th of the actual cost of the product. This company is not authorized to use our copy, images, or marks, and we request the site be taken down.

*Locations of copyrighted work: *
https://www.dicksongoods.com/products/the-best-rated-self-cleaning-litter-box-litter-robot-3
https://www.dicksongoods.com

*Locations of original work:*
https://www.litter-robot.com/litter-robot-iii-open-air-with-connect.html

I have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law. Under penalty of perjury, the above information in my notice is accurate and I am authorized to act on

the copyright owner's behalf.

Signature: Shane Kaszyca

Shane Kaszyca

Director, IT

e: skaszyca@whisker.com

p: 877.250.7729

w: www.whisker.com

--

*Please include the original message in response. This e-mail message may contain proprietary, confidential or legally privileged information for the sole use of the person or entity to whom this message was originally addressed. Any review, e-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error kindly delete this e-mail from your records. If it appears that this mail has been forwarded to you without proper authority, please notify us immediately and delete this mail.*

\>\>\>

* Comments:
<<<

\>\>\>

**How can I contact a member of the AWS abuse team or the customer?**
Reply to this email with the original subject line.
**Amazon Web Services**
Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.



**Shane Kaszyca**
Director, IT

**e:** skaszyca@whisker.com
**p:** 877.250.7729
**w:** www.whisker.com

*Please include the original message in response. This e-mail message may contain proprietary, confidential or legally privileged information for the sole use of the person or entity to whom this message was originally addressed. Any review, e-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error kindly delete this e-mail from your records. If it appears that this mail has been forwarded to you without proper authority, please notify us immediately and delete this mail.*