## DECLARATION PURSUANT TO 17 U.S.C. §512(h)

I, Virginia Sanderson, the undersigned, declare that:

1. I am authorized to act on behalf of the copyright owner on matters involving the infringement of certain copyrighted works as detailed herein. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. §512(h)(2)(C).

2. The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer(s) who infringed on the copyright owner's copyrights at the URLs listed on Exhibit A to the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to Automated Pet Care Products, LLC, under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Forest Grove, Oregon on August 18, 2021.

s/ Virginia Sanderson

Virginia Sanderson